```
JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
GARNER KROPP (CSB No. 312585)
gkropp@fenwick.com
WILLIAM SHULDINER (CSB No. 354046)
wshuldiner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350
```

Attorneys for WISP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| B.C., M.D., A.F., K.S.B. & A.W., individually and on behalf of all Others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WISP, INC.,<br><br>Defendant. | Case No.: 4:23-cv-06155-DMR<br><br>**STIPULATION OF CHANGE IN COUNSEL AND ORDER**<br><br>Judge:         Donna M. Ryu<br>Trial Date:  None Set |

Pursuant to Civil Local Rules 5-1(c)(2) and 11-5, Defendant Wisp, Inc. hereby substitutes Jay Pomerantz, Tyler Newby, Garner Kropp and William Shuldiner of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104, (415) 875-2300, as attorneys of record in place and instead of Fletcher C. Alford and Kevin Liu, of Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111, (415) 986-5900.

1  I consent to the above substitution.

2  Dated: March 11, 2024            /s/   Monica Cepak
                                    Monica Cepak
3                                   WISP, INC.

4  Above substitution accepted.

5  Dated:   March 11, 2024          FENWICK & WEST LLP

6

7                                   By: /s/ Tyler G. Newby
                                        Tyler G. Newby

8

9  I consent to the above substitution.

10 Dated:   March 11, 2024          GORDON REES SCULLY MANSUKHANI LLP

11

12                                  By: /s/Fletcher C. Alford
                                        FLETCHER C. ALFORD (CSB No. 152314)
                                        KEVIN LIU (CSB No. 295287)
13
                                    Attorneys for Defendant
14                                  WISP, INC.

15

16

17            **ATTESTATION OF SIGNATURES**

18     The undersigned attests that concurrence in the filing of the foregoing document was
19 obtained from all signatories.

20                                  /s/Tyler G. Newby
                                    Tyler G. Newby
21

22

23

24

25

26

27

28

**ORDER**

**APPROVED:** PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 14 , 2024

_____
DONNA M. RYU
Chief Magistrate Judge